```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICHARD BOSSUK,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :           21-cv-08273 (VSB)
              -against-                                     :
                                                            :                ORDER
AUGUSTA SPORTSWEAR, INC. ET AL,                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 7, 2021 (Doc. 1), and filed affidavits of service on October 25, 2021 (Docs. 6 & 7). The deadline for Defendants to respond to Plaintiff's complaint was November 3, 2021. (*See* Docs. 6 & 7.) To date, Defendants have not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 30, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 16, 2021
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge