

| HARRY N. FAULKNER* | MICHAEL A. STAUDT | BRYAN A. NIEMEYER | CRAIG T. ALBERS*** |
|---|---|---|---|
| JOHN M. GARMHAUSEN | JAMES L. THIEMAN | JOHN M. DEEDS | CAMERON C. DOWNER |
| RALPH F. KEISTER | THOMAS J. POTTS | JOSHUA A. KOLTAK | COLLEEN R. GONG |
| JAMES R. SHENK** | DANIEL A. BENSMAN | PHILIP M. BORGER | |

\* 1941 - 2021
\*\* ALSO ADMITTED IN FLORIDA
\*\*\* CERTIFIED PUBLIC ACCOUNTANT

SENDER'S E-MAIL:  cdowner@fgks-law.com

June 14, 2022

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   Richard Bossuk v. Augusta Sportswear, Inc., *et al*
         Case No. 1:21-CV-08273 (VSB)

> **APPLICATION GRANTED
> SO ORDERED** /s/ Vernon S. Broderick
> **VERNON S. BRODERICK
> U.S.D.J.**   06/15/22
>
> The post-discovery conference scheduled for June 23, 2022 at 3:00 p.m. is adjourned to August 23, 2022 at 3:30 p.m.  On or before August 8, 2022, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to a Magistrate Judge for settlement purposes.

Dear Judge Broderick:

This firm represents defendants, Augusta Sportswear, Inc. and Jason Livermore ("Defendants"), in the above-referenced action. We submit this letter, with the consent of Plaintiff's counsel, pursuant to the Court's Order (Dkt.#32), to request an adjournment of the post-fact discovery conference currently scheduled for June 23, 2022 at 3:00pm.

The ground for this request is that the parties continue to cooperate and work through discovery related matters. Due to the additional time necessary to complete discovery, a letter motion for an extension of time was filed with the Court on May 26, 2022. The letter motion was granted on May 26, 2022 and discovery deadlines were continued until August 15, 2022. The parties therefore request that the post-discovery conference be adjourned until approximately one-week after the August 15, 2022 discovery deadline or as soon after as is convenient for the Court.

Do not hesitate to contact me with any questions.

Very truly yours,

/s/ Cameron C. Downer

Cameron C. Downer

x:\files\augusta sportswear brands\bossuk, richard\pleadings\application to adjourn post-discovery conference 6-14-22.docx