UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
:   **MEMORANDUM ENDORSED**
RICHARD BOSSUK, :
:   Case No. 1:21-cv-08273-VSB
          Plaintiff, :
:
-against- :
:   **LETTER REQUESTING**
AUGUSTA SPORTSWEAR, INC., *et al.* :   **CHANGE IN DATE OF**
:   **SETTLEMENT**
          Defendants. :   **CONFERENCE**
------------------------------X

    Pursuant to this Court's Order dated August 9, 2022 (Dkt. #38), the Court scheduled a Settlement Conference for August 29, 2022. In accordance with paragraph 8 of the Standing Order Applicable to Telephonic Settlement Conferences Before Judge Gorenstein, counsel for Defendants Augusta Sportswear, Inc. and Jason Livermore contacted Judge Gorenstein's Chambers on August 8, 2022 to seek a new date within 45 days of the Settlement Conference date. Chambers provided alternate new dates for the Scheduling Conference within 45 days and after conferring with Plaintiff's counsel, the undersigned respectfully requests that the Settlement Conference be rescheduled for September 28, 2022. All parties and counsel agreed to this date.

    Dated: August 12, 2022

                                                                       */s/ Bryan A. Niemeyer*
                                                                       Bryan A. Niemeyer (OH #0068255)
                                                                       FAULKNER, GARMHAUSEN, KEISTER & SHENK
                                                                       A Legal Professional Association
                                                                       Courtview Center - Suite 300
                                                                       100 S. Main Avenue

Granted. Settlement conference adjourned to September 28, 2022 at 2:30 p.m. Submissions due September 22, 2022.

                                                                       Sidney, Ohio 45365
                                                                       Telephone: (937) 492-1271
                                                                       Facsimile: (937) 498-1306
                                                                       bniemeyer@fgks-law.com
                                                                       *Attorney for Defendants*

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 16, 2022