# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE OF THE CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA   30903 | (706)849-4400 |

RE: Richard Bossuk v. Augusta Sportswear, Inc. and Jason Livermore

### NOTICE TO ALL COUNSEL OF RECORD

The above-styled case was transferred to the Southern District of Georgia, Augusta Division from:

USDC, Middle District of Florida

The Civil Action Number assigned to this case is: 1:23-cv-036

The case was filed and docketed on 04/07/2023

and has been assigned to Chief Judge J. Randal Hall

DATE: 4/7/2023

cc:
Leah Seliger, (leah@jk-llp.com)
Lucas Colin Buzzard, (lucas@jk-llp.com)
Daniel Maimon Kirschenbaum, (maimon@jk-llp.com)
Bryan Anthony Niemeyer, (bniemeyer@fgks-law.com)
Cameron C. Downer, (cdowner@fgks-law.com)

JOHN E. TRIPLETT, CLERK OF COURT

BY: *Jamie Aabalza*
Deputy Clerk