# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA 30903 | (706) 849-4400 |
|---|---|---|

## NOTICE of FILING DEFICIENCY

To: Leah Seliger  Date: 4/7/2023
Case: CV 123-036  Party: Plaintiff

Your pleading, _____,

was filed on _____, but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)     or     [ ☒ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. Other:

  Counsel is not admitted to practice in the Southern District of Georgia. Forms for pro hac vice admission pursuant to Local Rule 83.4 are attached.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: *Jamie Aabalza*
Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA  30903 | (706) 849-4400 |

## NOTICE of FILING DEFICIENCY

To:  Lucas Colin Buzzard          Date: 4/7/2023
Case:  CV 123-036                 Party: Plaintiff

Your pleading, _____,

was filed on _____ , but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)     or     [ ☒ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. Other:

   Counsel is not admitted to practice in the Southern District of Georgia. Forms for pro hac vice admission pursuant to Local Rule 83.4 are attached.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: _Jamie Aabalza_ (signature)
                                        Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett | OFFICE of the CLERK | (706) 849-4400 |
| Clerk of Court | P.O. Box 1130 | |
| | AUGUSTA, GEORGIA  30903 | |

## NOTICE of FILING DEFICIENCY

To:  Daniel Maimon Kirschenbaum                Date: 4/7/2023
Case:  CV 123-036                              Party: Plaintiff

Your pleading, _____,

was filed on _____, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)     or     [x] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
   ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐ b. No good faith document was submitted. (L.R. 26.5)
   ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. Other:

   Counsel is not admitted to practice in the Southern District of Georgia. Forms for pro hac vice admission pursuant to Local Rule 83.4 are attached.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: _Jamie Aabalza_
                                        Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

John E. Triplett  
Clerk of Court

OFFICE of the CLERK  
P.O. Box 1130  
AUGUSTA, GEORGIA   30903

(706) 849-4400

## NOTICE of FILING DEFICIENCY

To: Bryan Anthony Niemeyer  
Case: CV 123-036

Date: 4/7/2023  
Party: Defendant

Your pleading, _____,

was filed on _____, but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)     or     [ ☒ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐ 6. Motion is not in compliance with Local Rules.
   ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐ b. No good faith document was submitted. (L.R. 26.5)
   ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:

   Counsel is not admitted to practice in the Southern District of Georgia. Forms for pro hac vice admission pursuant to Local Rule 83.4 are attached.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: _Jamie Aabalza_  
Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

John E. Triplett  
Clerk of Court

OFFICE of the CLERK  
P.O. Box 1130  
AUGUSTA, GEORGIA  30903

(706) 849-4400

## NOTICE of FILING DEFICIENCY

To:  Cameron C. Downer  
Case: CV 123-036

Date: 4/7/2023  
Party: Defendant

Your pleading, _____,

was filed on _____ , but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)     or     [ ☒ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:

Counsel is not admitted to practice in the Southern District of Georgia. Forms for pro hac vice admission pursuant to Local Rule 83.4 are attached.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: *Jamie Aabalza*  
Deputy Clerk