# In the United States District Court
# for the Southern District of Georgia

Choose an item. **Division**

|   |   |   |   |
|---|---|---|---|
|   | ) |   |   |
|   | ) |   |   |
| v. | ) | CV |   |
|   | ) |   |   |
|   | ) |   |   |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
|  |  |
|  |  |
|  |  |

1

|  |  |
|--|--|
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|------|--------------|-------------|
|      |              |             |
|      |              |             |
|      |              |             |
|      |              |             |
|      |              |             |

_____                                      _____
Date                                                                Signature of Attorney of Record

                                                                     _____
                                                                     Printed Name

2

Rev. 11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

_____ )
           Plaintiff,     )
                         )
vs.                          )   Case No. _____
                         )
                         )
_____ )
          Defendant.   )

CERTIFICATE OF COUNSEL
REFILED OR RELATED CASES

     Pursuant to the Local Rules of this Court, I hereby certify that this is a refiled case which involves substantially the same issues or parties as in the case of _____ _____, plaintiff vs. _____, defendant, Civil Action No. _____, or that this case relates to property included in, involves the same issues appearing in, or grows out of the same transaction involved in a case already pending in _____ Court, captioned _____, plaintiff, vs. _____ defendant, Civil Action No. _____ .

     This _____ day of _____, 2015.

_____
Attorney of party

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

|  |  |
|---|---|
| Plaintiff, | : |
|  | : |
|  | : Case No. |
|  | : |
| Defendant. | : |

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION**
**and**
**CASE MANAGEMENT PROCEDURES**

**(LITIGANTS' BILL OF RIGHTS)**
**S.D. Ga. LR 16.7**

Litigants in this Court may wish to utilize procedures that are available to assist the speedy and efficient resolution of civil cases. This notice **must** be furnished by plaintiff's counsel to his client and served with the complaint upon all defendants. Counsel for each party represented shall ensure that the notice is filled out, signed by the party, and returned to the Clerk's office (1) by counsel for the plaintiff within 15 days of filing the complaint, and (2) by counsel for the defendant with the answer or other responsive pleading.

## Notice to Parties and Counsel

1. If all parties in a case elect to do so, a civil case in this Court can be referred to non-binding mediation. The purpose of such is to assist the parties in understanding the strengths and weaknesses of their respective positions and to facilitate settlement.

Do you wish to use such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish a mediation plan for this case?

_____
(answer yes or no)

2. If the parties in a case elect to do so, a civil case in this Court can be referred to binding or non-binding arbitration. In some instances, arbitration may be quicker, cheaper, and less formal than litigation. Its outcome can be binding or purely advisory, depending on the parties' agreement. The parties can also agree to tailor the rules of procedure.

Do you wish to consider such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish an arbitration plan for this case?

_____
(answer yes or no)

3. If all parties in a case consent and the Court concurs, the right to proceed before a United States District Judge may be waived, and the case can be presided over by a United States Magistrate Judge.

Would you like to **consider** use of a Magistrate Judge and receive more information on this alternative?

_____
(answer yes or no)

4.  After the complaint and answer are filed in a case, the rules of this Court normally allow four (4) months for the completion of discovery. If discovery continues for a longer period of time, it will be because the attorneys have requested an extension of time from the Court.

5.  If justified by the complexity or difficulty of a case, the Court will consider the entry of a special case management order. After hearing from the parties, this order would supersede the Local Rules and provide new dates for the different aspects of discovery, amendments to the pleadings, the filing of motions, conferences with the Court, and preparation for the ultimate pretrial order and trial of the case.

The lawyers for all of the parties are encouraged to consult concerning the need for such a case management order.

6.  At the completion of discovery and before trial, each party will be required to participate in the filing of a pretrial order. In most cases, there will also be a pretrial conference with the presiding Judge. At the conference, the Court will inquire about the prospects for

settlement of the case. Normally the Court will require the client to be present in person or by telephone.

By Order of the Court.

_____
**Clerk of Court**

I have reviewed with my attorney the above notice and have indicated my desired responses to paragraphs 1, 2, and 3.

This _____ day of _____, 20_.

_____
**Name and signature of party or Representative**

**Certificate of Counsel**

I have furnished a copy of this notice to the party represented by me (including any insurance company assisting with the cost of defense) and discussed with my client responses to paragraphs 1, 2, and 3 which have been noted. I have also served opposing counsel with a copy of this completed notice.

This _____ day of _____, 20_.

_____
**Attorney for** _____

NOTE: If there is unanimity among the parties that the case should be referred to mediation, arbitration, or a Magistrate Judge, counsel for the plaintiff shall so notify the Clerk, who will then inform the presiding District Judge of the parties' interest in one or more of these procedures.

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | ) | |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _Defendant_ | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| _Parties' printed names_ | _Signatures of parties or attorneys_ | _Dates_ |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.


Date: _____          _____
                                          _District Judge's signature_

                                _____
                                          _Printed name and title_

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.