UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RICHARD BOSSUK,<br><br>  Plaintiff,<br><br>v.<br><br>AUGUSTA SPORTSWEAR, INC., and<br>JASON LIVERMORE,<br><br>  Defendants. | Civ. A. No. 1:23-CV-36-JRH-BKE |

## MOTION TO CONTINUE DEADLINES

NOW COME Defendants Augusta Sportswear, Inc. and Jason Livermore, by and through counsel, and hereby request a thirty (30) day continuance of the deadlines to file the following pleadings required by this Court's Notice of Deficiency (Doc # 133) and the Court's Rule 26 Instruction Order (Doc # 134):

- Forms for Admission *Pro Hac Vice*
- Disclosure of Parties and Intervenors
- Notice/Consent to Magistrate Referral
- Rule 26(f) Report
- Litigant's Bill of Rights

The grounds for this Motion are that the parties have reached a settlement of the instant dispute and require time to finalize the settlement, for plaintiff to obtain local counsel, and to file a stipulation of dismissal with prejudice.

**[SIGNATURE ON FOLLOWING PAGE]**

1

This 21st day of April, 2023.

                                                  */s/ John E. Price*
JOHN E. PRICE
Georgia Bar No. 142012
*Attorney for Defendants Augusta Sportswear, Inc. and Jason Livermore*

OF COUNSEL:
**FULCHER HAGLER LLP**
One 10th Street, Suite 700
Post Office Box 1477 (30903-1477)
Augusta, Georgia 30901
(706) 724-0171 / (706) 396-3690
Email: JPrice@FulcherLaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ John E. Price*
John E. Price
