# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| RICHARD BOSSUK, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Case No.: 1:23-CV-36-JRH-BKE |
| VS. | )<br>)<br>)<br>) |
| AUGUSTA SPORTSWEAR, INC., and JASON LIVERMORE, | )<br>)<br>)<br>) |
| Defendant. | ) |

## APPLICATION FOR LEAVE OF COURT

COMES NOW, John E. Price, counsel for Defendants Augusta Sportswear, Inc., and Jason Livermore, and requests the Court grant the undersigned a leave of absence from this Court for the following dates: July 14, 2023, to July 24, 2023. The undersigned requests leave for the purpose of family vacation. Applicant shows that the leave of absence requested will not interfere with any proceedings presently scheduled. Applicant further shows that notice is hereby given to all counsel of record pursuant to Local Rule 83.9. Accordingly, the undersigned respectfully requests that his Application for Leave of Court be granted.

Respectfully submitted this 8th day of May, 2023.

**[SIGNATURE ON FOLLOWING PAGE]**

                                              */s/ John E. Price*
                                              JOHN E. PRICE
                                              Georgia Bar No. 142012
                                              *Attorney for Defendants*

OF COUNSEL:

FULCHER HAGLER LLP
One 10th Street, Suite 700
Augusta, Georgia 30901
(706) 724-0171
jprice@fulcherlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing "APPLICATION FOR LEAVE OF COURT" was served via the CM/ECF eFiling system, which will send a notice of electronic filing to all counsel of record.

This 8th day of May, 2023.

                                                                      */s/ John E. Price*
                                                                       JOHN E. PRICE