UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

RICHARD BOSSUK,

              Plaintiff,

    v.

AUGUSTA SPORTSWEAR, INC. and JASON
LIVERMORE,

              Defendants.

No.: 23-cv-00036

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED that this action has been discontinued and the claims of

Plaintiff Richard Bossuk are hereby dismissed with prejudice, without costs to any party against

any other.  This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
      May 22, 2023

For the Plaintiff:

By:

RICHARD BOSSUK, *PRO SE*
1817 S. Ocean Dr.
Apt. 518
Hallandale, FL 33009
*Plaintiff*

For the Defendants:

**FULCHER HAGLER LLP**

By:   */s/ John E. Price*_____
JOHN E. PRICE
Georgia Bar No. 142012
One 10th Street, Suite 700
Augusta, Georgia 30901
(706) 724-0171
jprice@fulcherlaw.com
*Attorney for Defendants*

**So Ordered:**

_____
Hon. J. Randal Hall

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2023, a true and correct copy of the foregoing waws filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  In addition, the undersigned further certifies that a true copy of the foregoing is being served upon the following by U.S. Mail, postage prepaid, as follows:

Richard Bossuk
1817 S. Ocean Drive, Apt. 518
Hallandale, FL  33009

*/s/ John E. Price*
JOHN E. PRICE